889 A.2d 1161

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Laurie Jill BESDEN, Respondent.**

**No. 1082 DISC. 3.**

Supreme Court of Pennsylvania.

Dec. 1, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 1st day of December, 2005, the Joint Petition for Temporary Suspension is granted and, pursuant to Rule 214, Pa.R.D.E., Laurie Jill Besden is placed on temporary suspension and she shall comply with all the provisions of Rule 217, Pa.R.D.E.. The matter is hereby referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa. R.D.E.